EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorney for Defendant
AUTOZONE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL WILSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>    v.<br><br>AUTOZONE, INC., A NEVADA CORPORATION; AND DOES 1-50, INCLUSIVE,<br><br>            Defendants. | Case No. 1:20-cv-00758-NONE-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS**<br><br>Complaint Filed:  May 29, 2020<br>Trial Date:          None<br>Magistrate Judge:  Hon. Barbara A. McAuliffe<br>Courtroom 8, Fresno |

Pursuant to the parties' stipulation, the deadline for Defendant Autozone, Inc. to file an answer or other responsive pleading to the complaint is HEREBY EXTENDED to August 5, 2020. The parties are advised that further extensions will require a showing of good cause. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **July 2, 2020**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE